**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **BYOPLANET INTERNATIONAL, INC.,** )<br>)<br>    **Plaintiff,** )<br>)<br>**v.** )<br>)<br>)   **CIVIL ACTION NO. 0:17-cv-60044-RNS**<br>**VISTEK, INC.** an Alabama corporation; )<br>**PROZONE WATER PRODUCTS, INC.,** an )<br>Alabama corporation; and **RONALD L.** )<br>**BARNES,** an individual )<br>)<br>    **Defendants.** ) | |

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of W. Brad English of the law firm of Maynard Cooper & Gale, P.C., 655 Gallatin Street, Huntsville, Alabama 35801, (256) 551-0171, for purposes of appearance as co-counsel on behalf of Vistek, Inc., Prozone Water Products, Inc., and Ronald L. Barnes in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit W. Brad English to receive electronic filings in this case, and in support thereof states as follows:

1.  W. Brad English is not admitted to practice in the Southern District of Florida and is a member in good standing and admitted to practice before the United States Court of Appeals for the Eleventh Circuit, United States Court of Federal Claims, United States Tax Court, United States

Court for the Northern District of Alabama, United States District Court for the Middle District of Alabama, United States Court of Appeals for the Federal Circuit and the United States Court of Appeals for the Fourth Circuit.

     2.     Movant, Starr T. Drum, Esquire, of the law firm of Maynard Cooper & Gale, P.C., 1901 Sixth Avenue North, Regions Harbert Plaza, Birmingham, Alabama 35203, (205) 254-1000, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

     3.     In accordance with the local rules of this Court, W. Brad English has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

     4.     W. Brad English, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to W. Brad English at email address: benglish@maynardcooper.com.

     WHEREFORE, Starr T. Drum, moves this Court to enter an Order W. Brad English, to appear before this Court on behalf of Vistek, Inc., Prozone Water Products, Inc. and Ronald L. Barnes, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to W. Brad English.

Date: January 11, 2017. Respectfully submitted,

/s/ Starr T. Drum
Starr T. Drum
Florida Bar ID: 88866
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
Regions Harbert Plaza
Birmingham, Alabama 35203
Telephone: (205) 254-1000
Email: sdrum@maynardcooper.com
Attorney for Defendants Vistek, Inc., Prozone Water,
Products, Inc., and Ronald L. Barnes

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BYOPLANET INTERNATIONAL, INC., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 0:17-cv-60044-RNS |
| VISTEK, INC. an Alabama corporation; PROZONE WATER PRODUCTS, INC., an Alabama corporation; and RONALD L. BARNES, an individual | ) |
| Defendants. | ) |

## CERTIFICATION OF W. BRAD ENGLISH

W. Brad English, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing and admitted to practice before the United States Court of Appeals for the Eleventh Circuit, United States Court of Federal Claims, United States Tax Court, United States Court for the Northern District of Alabama, United States District Court for the Middle District of Alabama, United States Court of Appeals for the Federal Circuit and the United States Court of Appeals for the Fourth Circuit.

/s/ W. Brad English
W. Brad English
**MAYNARD, COOPER & GALE, P.C.**
655 Gallatin Street
Huntsville, Alabama 35801-4936
Telephone: (256) 551-0171
Email: benglish@maynardcooper.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 11th day of January, 2017, a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was filed with the Clerk of Court, and a copy was served by U.S. Mail on all counsel or parties of record on the service list.

/s/ Starr T. Drum
*Of Counsel*

## SERVICE LIST

Scott A. Mager, Esq.
Elizabeth Olivia Hueber, Esq.
MAGER PARUAS, LLC
2719 Hollywood Blvd., First Floor
Hollywood, FL 33020

Keri-Ann Baker, Esq.
KC BAKER, P.A.
220 Miramar Way
West Palm Beach, FL 33405