United States District Court
for the
Southern District of Florida

| | |
|---|---|
| ByoPlanet International, Inc., ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Vistek, Inc., Prozone Water ) <br> Products, Inc., and Ronald L. ) <br> Barnes, Defendants. ) | Civil Action No. 17-60044-Civ-Scola |

## Order Granting Temporary Stay

     Defendants Vistek, Inc., Prozone Water Products, Inc. and Ronald L. Barnes seek an unopposed stay of both discovery as well as the filing of their joint-discovery-plan-and-conference report. (ECF No. 16.) The Defendants submit that a stay is warranted based on their pending motion to dismiss for lack of jurisdiction or, in the alternative, motion to transfer based on improper venue. The Court has taken a "'preliminary peek' at the merits of the motion" and finds that the motion to dismiss appears to have a strong likelihood of being granted. *See Ray v. Spirit Airlines, Inc.*, No. 12-61528-CIV, 2012 WL 5471793, at *1 (S.D. Fla. Nov. 9, 2012) (Scola, J.) (quoting *Feldman v. Flood,* 176 F.R.D. 651, 652–53 (M.D.Fla.1997)). If the motion to dismiss is granted, the need for discovery in this proceeding will be eliminated. *Id.* Additionally, Plaintiff Byoplanet International, Inc. does not oppose the stay. The Court thus finds a stay warranted and **grants** the Defendants' motion (**ECF No. 16**). Discovery is therefore **stayed** until this Court issues its order on Byoplanet's motion to dismiss or transfer. If the motion is ultimately denied, discovery must immediately move forward and the parties must file their joint-discovery-plan-and-conference report within **ten days** of the Court's order.

     **Done and ordered**, at Miami, Florida, on February 23, 2017.

_____
Robert N. Scola, Jr.
United States District Judge