UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:17-CV-60044-RNS

BYOPLANET INTERNATION, INC.,

    Plaintiff,

vs.

VISTEK, INC., an Alabama Corporation;
PROZONE WATER PRODUCTS, INC., an
Alabama corporation; and RONALD L. BARNES,
an individual,

    Defendant.
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTE** that the undersigned hereby files this Notice of Appearance as counsel for VISTEK, INC., PROZONE WATER PRODUCTS, INC., and RONALD L. BARNES, whereby the undersigned attorney will provide representation to the Defendants. All Correspondence, fax materials, and all further direct communication should be entertained to the undersigned.

    /s/ Michael D. Stewart_____
Michael D. Stewart, Esq.
FL Bar No.: 12457
ms@themiamilaw.com
150 NE 2nd Ave, Suite 1000
Miami, FL  33131
Telephone: (305) 590-8909

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 6, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel/parties of record either via transmission of Notices of Electronic Filing generated by CM/ECF.

      /s/ Michael D. Stewart_____
Michael D. Stewart, Esq.
FL Bar No.: 12457
ms@themiamilaw.com
150 NE 2nd Ave, Suite 1000
Miami, FL  33131
Telephone: (305) 590-8909